# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| **BRITTNEY JACKSON** | **CIV. ACTION NO. 3:20-01606** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **AOSS MEDICAL SUPPLY, L.L.C.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, and DECREED that this case is hereby DISMISSED. FED. R. CIV. P. 41(b).

Monroe, Louisiana, this 29th day of July 2021.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE